**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| THE FERTILITY INSTITUTE OF<br>NEW ORLEANS, A Professional Corporation<br>and FERTILITY ASSOCIATES | CIVIL ACTION<br>NO.  06-8940 |
| VERSUS | |
| MARYLAND CASUALTY COMPANY,<br>OMNI GROUP, LLC, AND<br>KIRBY CONSULTING, INC. | SECTION M |

**ORDER**

Before the Court is Plaintiffs' Motion to Remand which is opposed by the Defendant and which came for hearing on December 20, 2006, on the briefs.  After consideration of the motion, the opposition, and the applicable law, the Court grants the Motion.

Plaintiffs, the Fertility Institute of New Orleans (FINO) and Fertility Associates, own a medical office building at 6020 Bullard Avenue in New Orleans.  For more than 20 years, Plaintiffs obtained their property and liability insurance through Omni Group, an insurance agency is Baton Rouge, Louisiana.  Plaintiffs allege that they relied on James Kirby, Kirby Consulting and the Omni Group to recommend any needed insurance coverage and to make any changes in coverage or indicate any gaps in coverage.  Plaintiffs further allege that these parties were aware of Plaintiffs' business structure and were specifically instructed to obtain property insurance for both FINO and Fertility Associates including

building, contents and business interruption coverage. After Hurricane Katrina damaged Plaintiffs' office locations, Defendant refused to adjust Fertility Associates' claims, contending that Fertility Associates were not insured under the policy. Plaintiffs filed suit in the Civil District Court of Orleans Parish and Defendant Maryland Casualty Company (MCC) removed the action to this Court.

Contrary to MCC's allegations, Plaintiffs assert a viable claim against non-diverse defendants, thereby defeating federal jurisdiction. *See* Smallwood v. Illinois Central R.R.Co. 252 F.3d 220, 223 (5th Cir. 2003).

**Accordingly**, the motion if **GRANTED** and the matter is **REMANDED** to the Civil District Court of Orleans Parish.

New Orleans, Louisiana, this 22nd day of December, 2006.

Peter Beer
United States District Court

2